**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Reginald E. Bronson and Lawrence Stenger,**

**Plaintiffs,**

**v.**

**Four Wheel Drive Hardware, LLC,**

**Defendant.**

**Civil No. 00-2616 (PAM/SRN)**

**ORDER**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter is before the undersigned United States Magistrate Judge on Defendant Four Wheel Drive Hardware's Motion to Permit Defendant to Participate in the Pretrial Conference by Telephone (Doc. No. 7). Plaintiffs do not object to this Motion and also request to appear by telephone.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

(1) Defendant's Motion to Participate in the Pretrial Conference by Telephone (Doc. No. 7) is **GRANTED**;

(2) The Pretrial Conference scheduled for Friday, May 4, 2001, will take place via telephone; and

(3) Eric Gaum, counsel for Defendant, will initiate the telephone conference call.

Dated: April 24, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________