UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reginald E. Bronson, and,
Lawrence Stenger,

Civ. File No. 00-2616 (PAM/SRN)

Plaintiffs,

v.

**ORDER**

Four Wheel Drive Hardware, LLC,

Defendant.

---

This matter is before the Court on Defendant's request for permission to include additional exhibits to Defendant's reply memorandum in support of summary judgment. Plaintiffs oppose Defendant's request, or seek permission to file a surreply in response to the new exhibits. A Motion for Summary Judgment should be considered on the entire record, and thus the Court will grant Defendant's request. Plaintiffs will have the opportunity to address the additional exhibits during argument on Defendant's Motion for Summary Judgment. If further briefing is necessary, the parties may make that request to the Court at the hearing.

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's request for permission to file additional exhibits is **GRANTED**.

Dated: February 12, 2002

Paul A. Magnuson
United States District Court Judge

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK