UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reginald E. Bronson, and,
Lawrence Stenger,

Civ. File No. 00-2616 (PAM/SRN)

Plaintiffs,

v.

**ORDER**

Four Wheel Drive Hardware, LLC,

Defendant.

---

This matter is before the Court on Plaintiff's request for permission to include an additional exhibit to Plaintiff's reply memorandum in support of the Motion to Dismiss. The Court will grant Plaintiff's request. If Defendant wishes to respond to the additional exhibit it may do so at the hearing.

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's request for permission to file an additional exhibit is **GRANTED**.

Dated: February 27, 2002

Paul A. Magnuson
United States District Court Judge

MAR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK