UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reginald E. Bronson, and,
Lawrence Stenger,

Civ. File No. 00-2616 (PAM/SRN)

Plaintiffs,

v.

**ORDER**

Four Wheel Drive Hardware, LLC,

Defendant.

---

This matter is before the Court on Plaintiff's Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) and Defendant's Motion to Dismiss Third Counterclaim. Defendant previously agreed to dismissal of its First and Second Counterclaims as moot. The pending Motions dispose of the case.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Dismiss (Clerk Doc. No. 41) is **GRANTED**;
2. Defendant's Motion to Dismiss Third Counterclaim (Clerk Doc. No. 77) is **GRANTED**;
3. Defendant's First and Second Counterclaims are **DISMISSED as moot** and Defendant's Third Counterclaim is **DISMISSED WITHOUT PREJUDICE**; and

JUL 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 16 2002
DEPUTY CLERK

4. The Amended Complaint (Clerk Doc. No. 12) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 15, 2002

Paul A. Magnuson
United States District Court Judge