# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Reginald E. Bronson and
Lawrence Stenger

Case No. Civil 00-2616 PAM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Four Wheel Drive Hardware, LLC

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's motion to dismiss is GRANTED;
2. Defendant's motion to dismiss third counterclaim is GRANTED;
3. Defendant's First and Second Counterclaims are DISMISSED as moot and Defendant's Third Counterclaim is DISMISSED WITHOUT PREJUDICE;
4. The Amended Complaint is DISMISSED WITH PREJUDICE.

DATE: July 16, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

79